# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Phillip Walker,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Lichuan Pan, Trustee of the Pan Revocable Trust dated May 04, 2002 and Chyi Pan, Trustee of the Pan Revocable Trust dated May 04, 2002; and Does 1-10,<br><br>　　　　Defendants. | Case No.: CV 20-10889-DMG (AGRx)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE [40]** |

1

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and good cause appearing:

**IT IS ORDERED THAT:**

Plaintiff Phillip Walker's action against Defendant Lichuan Pan, Chyi Pan, and Church's Chicken, located at 11251 S. Western Avenue, Los Angeles, CA, is dismissed with prejudice. Each party will be responsible for its own fees and costs.

DATED: June 14, 2021

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE